### J. W. MALLORY et al. v. DAIRY PRODUCTS CO.

#### 7 Div. 201.

Supreme Court of Alabama.

June 8, 1933.

█

Young & Longshore, of Anniston, for the motion.

H. H. Evans, of Anniston, opposed.

THOMAS, Justice.

Petition of J. W. Mallory and Ben R. Sawyer for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Mallory et al. v. Dairy Products Co., 25 Ala. App. 442, 148 So. 864.

Writ denied.

ANDERSON, C. J., and BROWN and KNIGHT, JJ., concur.